CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke
OCT 2 6 2006
JOHN F. CORCORAN, CLERK
BY: M. Hugg
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| MARK A. MCQUINN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00584 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, et al., | ) | |
| Defendants. | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other

pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active

docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 26th day of October, 2006.

_Jackson L. Kiser_
Senior United States District Judge